Jenifer C. Wallis (SBN 303343)
jwallis@munckwilson.com
Edward D. Baker (SBN 311439)
ebaker@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:   (972) 628-3616

Attorneys for Defendants
NEXSTAR MEDIA GROUP, INC.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LOPEZ,<br><br>                Plaintiff,<br>     vs.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>                Defendant. | Case No.: 2:25-CV-1356-SVW-DFM<br><br>[*Assigned to the Honorable Stephen V. Wilson; Magistrate Judge Stephanie S. Christensen*]<br><br>**[PROPOSED]** ORDER APPROVING JOINT STIPULATED PROTECTIVE ORDER<br><br>Action Filed:  February 18, 2025 |

# [~~PROPOSED~~] ORDER APPROVING STIPULATED PROTECTIVE ORDER

The Court has read and considered the parties' Stipulated Protective Order executed by the parties and filed with the Court on July 21, 2025. The Court hereby approves the form and substance of the stipulation, and the parties are hereafter **ORDERED** to abide by the language and terms therein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: July 28, 2025

HON. STEPHANIE S. CHRISTENSEN
U.S. MAGISTRATE JUDGE